UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 14 P 1: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR267(AHN) |
| JOSEPH MARTINKOVIC | : | February 10, 2005 |

### MOTION FOR RETURN OF PASSPORT

Defendant, Joseph Martinkovic, hereby requests the Court to order that the Clerk for the United States District Court return his passport which was seized at or around the time of his presentment. Mr. Martinkovic's case was disposed of, and there is no longer any need for the Clerk to maintain Mr. Martinkovic's passport.

Respectfully submitted,

THE DEFENDANT,
JOSEPH MARTINKOVIC

THOMAS G. DENNIS
FEDERAL PUBLIC DEFENDER

Dated: February 10, 2005

Thomas P. Belsky
Asst. Federal Public Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion for Return of Passport has been mailed to Kari A. Dooley, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 10th day of February 2005.

Thomas P. Belsky