PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.   Crim #: 3:01CR00267(AHN)

JOSEPH MARTINKOVIC   Re: **Early Termination of Supervision**

On June 14, 2002 the above named was sentenced to 5 years probation. Mr. Martinkovic has complied with the rules and regulations of probation, including full repayment of restitution, and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Joseph Zampano  
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 30 day of Aug. , 2006.

The Honorable Alan H. Nevas  
Senior United States District Judge